Commercial Bank. No opinion. In the matter of the application of Thomas J. France for an order directing the attorney general to bring in as parties defendant the various stockholders of said bank. Order affirmed, with $10 costs and disbursements, on opinion of Mr. Justice BETTS at special term. See 74 N. Y. Supp. 806.

---

PEOPLE v. GRANITE STATE PROVIDENT ASS'N. (Supreme Court, Appellate Division, Second Department. April 15, 1902.) Proceeding by the people of the state of New York against the Granite State Provident Association. No opinion. Motion to modify supplemental judgment granted upon reargument, and order signed.

---

PEOPLE, Respondent, v. ZEIMER, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Proceeding by people of the state of New York against Henry Zeimer. A. H. Evans, for appellant. H. S. Gans, for the People. No opinion. Judgment affirmed.

---

PEOPLE ex rel. ABELL v. COLER, Comptroller. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Petition for mandamus, on relation of Henry E. Abell, against Bird S. Coler, as comptroller of New York City. From an order denying the writ, relator appeals. Affirmed. Abram I. Elkus, for appellant. Theodore Connoly, for respondent.

PER CURIAM. For the reasons stated in People v. Coler (decided herewith) 76 N. Y. Supp. 205, the order appealed from is affirmed, with $50 costs and disbursements.

---

PEOPLE ex rel. BUSHNELL v. ANDERSON. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Proceeding by the people of the state of New York, on the relation of Nathan P. Bushnell, against David Anderson, as sole trustee, etc. No opinion. Motion denied.

---

PEOPLE ex rel. CORKRAN v. HYATT, Chief of Police. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) Proceeding by the people of the state of New York, on the relation of Charles E. Corkran, against James S. Hyatt, chief of police of the city of Albany. No opinion. Order unanimously affirmed.

---

PEOPLE ex rel. COYNE v. SHEA, Bridge Com'r, et al. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Mandamus by the people, on the relation of Thomas G. Coyne, against John L. Shea, as commissioner of bridges of the city of New York, and others. From an order denying a motion to resettle an order denying the writ, relator appeals. Affirmed. Joab H. Banton, for appellant. Theodore Connoly, for respondents.

McLAUGHLIN, J. The facts set out in this record, so far as they are material to the question presented, are the same as those set out in the record on the appeal from the order denying a motion to resettle the order in the Melledy Case (People v. Shea, 76 N. Y. Supp. 679); and, for the reasons therein given, this motion was properly denied, and the order appealed from, therefore, must be affirmed. Order appealed from affirmed, with $10 costs and disbursements. All concur.

---

PEOPLE ex rel. DEVERY v. COLER, Comptroller. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Petition for mandamus, on relation of William S. Devery, against Bird S. Coler, comptroller of New York City, to compel the payment of $1,500, less two per cent. for the pension fund, due him for salary as chief of police. From an order denying the writ, relator appeals. Affirmed. Abram I. Elkus, for appellant. Theodore Connoly, for respondent.

PER CURIAM. For the reasons stated in People v. Coler (decided herewith) 76 N. Y. Supp. 205, the order appealed from is affirmed, with $50 costs and disbursements.

---

PEOPLE ex rel. DEVERY v. KNOX et al. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Petition for mandamus, on relation of William S. Devery, against Charles H. Knox and others, constituting the municipal civil service commission of New York City, to compel the latter to certify on the police department pay rolls that relator was entitled to the salary of chief of police from February to August, 1901, inclusive. From an order denying the writ, relator appeals. Affirmed. James, Schell & Elkus, for appellant. George L. Rives, Corp. Counsel, for respondents.

PER CURIAM. For the reasons stated in People v. Coler (decided herewith) 76 N. Y. Supp. 205, the order appealed from should be affirmed, with $50 costs and disbursements.

---

PEOPLE ex rel. DEVERY v. MURPHY, Police Com'r. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Petition for mandamus, on relation of William S. Devery, against Michael C. Murphy, as police commissioner of New York City, to compel him to certify on the police department pay rolls that relator had occupied the office of chief of police since February, 1901. From an order denying the writ, relator appeals. Affirmed. James, Schell & Elkus, for appellant. George L. Rives, Corp. Counsel, for respondent.

PER CURIAM. For the reasons stated in People v. Coler (decided herewith) 76 N. Y. Supp. 205, the order appealed from is affirmed, with $50 costs and disbursements.